**JUDGMENT:** Case No. 1:25 cr 120   USA v. Pablo Jacinto Torres

**PRESENT:** Honorable Travis R. McDonough   ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

Russ Swafford
Assistant U.S. Attorney

Everett Hoagland
Attorney for Defendant

Grant Baker
Probation Officer

Allison Laster
Courtroom Deputy

Libby White
Court Reporter

Interpreter   ☐ **SWORN**

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
upward departure: ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied
☐ Deft speaks **OR** ☐ Deft declines to speak

Govt motion for third point reduction for acceptance of responsibility ☑ granted ☐ denied

Document(s) all previously sealed ☐ unsealed ☑ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes   ☐ Exhibits in vault

**IMPRISONMENT:** 15 **MONTHS on COUNT(s)** One of the Information _____

**SUPERVISED RELEASE/PROBATION:** 1 **YEARS on COUNT(s)** One of the Information _____

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☑ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☑ submit to search
☐ perform _____ hours of community service
☑ comply with any BICE deportation orders
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☑ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☑ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** waive confidentiality as to substance abuse treatment _____

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:**

☐ Interest Waived   ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☑ Waived   **SPECIAL ASSESSMENT:** $100.00 _____ ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay   ☑ Deft informed of right to appeal   ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 10:43 to 10:52

Date: 6/12/2026

Rev. 3/10